440 A.2d 1253

Commonwealth v. Moroz, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.